CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853

SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Janice Mary Herbert, | Case No. 2:20-cv-00917-JCM-BNW |
| Plaintiff, | **Stipulation to Set Settlement Conference Before United States Magistrate Judge and Stay Deadlines** |
| v. | |
| United States of America, | |
| Defendant. | |

Plaintiff Janice Mary Herbert, and Defendant United States of America, through counsel, request that the Court set this matter for a settlement conference before a United States Magistrate Judge pursuant to Local Rules IB 1-7(b) and 16-5.

///
///
///
///
///
///
///
///
///
///

This is a personal injury case arising out of a motor vehicle accident. Discovery in this matter closed on October 25, 2021. Neither party filed dispositive motions. The parties believe that a settlement conference may lead to a resolution of this case. Accordingly, the parties request that this case be set for a settlement conference before a United States Magistrate Judge and that the pre-trial order deadline, currently set for December 23, 2021, be stayed pending the outcome of the settlement conference.

Respectfully submitted this 21st day of December, 2021.


The Law Office of Casey Gish, Esq.

*/s/ Casey Gish*
CASEY D. GISH
5940 S. Rainbow Blvd
Las Vegas, Nevada 89118
casey@gishlawfirm.com

*Attorney for Plaintiff*

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/ Skyler Pearson*
SKYLER H. PEARSON
Assistant United States Attorney

*Attorneys for the United States*


**IT IS SO ORDERED**


**UNITED STATES MAGISTRATE JUDGE**

**DATED:** December 27, 2021