# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Janice Mary Herbert,

        Plaintiff(s),

v.

United States of America, et al.,

        Defendant(s).

2:20-cv-00917-JCM-VCF

**ORDER**

Before the court is Plaintiff's motion to set aside stay of proceedings and set trial date. (ECF No. 40).

Defendants filed a non-opposition to plaintiff's motion to set aside stay of proceedings and set trial date (ECF No. 41).

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's motion to set aside stay of proceedings and set trial date (ECF No. 40), is GRANTED.

IT IS FURTHER ORDERED that the parties must file a proposed joint pretrial order on or before January 15, 2024.

DATED this 16th day of November 2023.

                                              CAM FERENBACH
                                              UNITED STATES MAGISTRATE JUDGE