# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JANICE MARY HERBERT,<br><br>　　　　　　　　　　Plaintiff(s),<br><br>　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　　　　　　Defendant(s). | Case No. 2:20-CV-917 JCM (BNW)<br><br>ORDER |

Presently before the court is the parties' proposed joint pretrial order. (ECF No. 48). The court DENIES the parties' proposed order (ECF No. 48) and ORDERS the parties to refile another proposed joint pretrial order within 14 days of this order. The court instructs the parties to review Local Rules 16-3 and 16-4 for compliance before refiling.

The court further instructs the parties to:

- Review section IV of the proposed joint pretrial order for accuracy and compliance with LR 16-3(b)(3).
- Provide a schedule of the *specific* exhibits to which the parties stipulate into evidence, pursuant to LR 16-3(b)(8)(A).
- Provide a schedule of the *specific* exhibits to which objections are made and state the *specific* grounds for the objection next to each corresponding exhibit, pursuant to LR 16-3(b)(8)(B).
- Provide a list of THREE *jointly* agreed upon proposed trial dates, pursuant to LR 16-4.
- Provide an estimated *total* trial length, pursuant to LR 16-4.

- Provide an "ACTION BY THE COURT" section at the end of the proposed joint pretrial order, pursuant to LR 16-4. The trial and calendar call dates are to be left blank for the court.

IT IS SO ORDERED.

DATED February 21, 2024.

_____
UNITED STATES DISTRICT JUDGE