# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Janice Mary Herbert, | 2:20-cv-00917-JCM-MDC |
| Plaintiff(s), | |
| vs. | **Order** |
| Nicholas Ryan Moorehead, | |
| Defendant(s). | |

The Court received notice that the Settlement Conference set for July 11, 2024 at 9:00AM occurs after the trial date. Therefore, the Settlement Conference is **rescheduled** to **9:00AM on May 16, 2024.** All other deadlines and requirements remain the same.

DATED this 12th day of April 2024.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge