JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
SKYLER H. PEARSON
Assistant United States Attorney
R. THOMAS COLONNA
Assistant United States Attorney
REEM BLAIK
Assistant United States Attorney
Nevada Bar No. 16386
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Skyler.Pearson@usdoj.gov
Richard.Colonna@usdoj.gov
Reem.Blaik@usdoj.gov

*Attorneys for Federal Defendant*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Janice Mary Herbert,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>United States of America,<br><br>　　　　Defendant. | Case No. 2:20-cv-00917-JCM-MDC<br><br>**Stipulation Regarding Settlement** |

　　　Pursuant to the Court's Minutes of Proceedings, issued on May 16, 2024 (ECF No. 66), Plaintiff Janice Mary Herbert ("Plaintiff"), by and through her counsel Casey D. Gish, and Federal Defendant, the United States of America, on behalf of its agency, the United States Airforce ("Federal Defendant"), by and through its counsel R. Thomas Colonna, Skyler H. Pearson, and Reem Blaik (collectively the "Parties" and individually the "Party"), hereby submit this stipulation regarding settlement ("Stipulation"). This Stipulation is based on the following grounds:

　　　1.　　On May 16, 2024, the Parties attended a Mandatory Settlement Conference conducted by the Honorable Judge Couvillier.

2. On May 20, 2024, the Parties reached an agreement in principle regarding the resolution of this matter.

3. The Parties anticipate that the above-referenced agreement will be finalized and implemented in the coming weeks.

4. In light of the foregoing, the Parties respectfully request that the Court grant this Stipulation, thereby ordering the following: (1) vacate all pending deadlines related to this instant case, and (2) require the Parties to file, within sixty (60) days from the order granting this Stipulation, either (i) a stipulation to dismiss the action with prejudice, each Party to bear its own attorneys' fees and costs, or (ii) a joint status report concerning this instant matter.

**IT IS SO STIPULATED AND AGREED.**

Dated this 21st day of May 2024.

**UNITED STATES ATTORNEY'S OFFICE**

 /s/ R. Thomas Colonna  
JASON M. FRIERSON  
United States Attorney  
Nevada Bar No. 7709  
SKYLER H. PEARSON  
Assistant United States Attorney  
R. THOMAS COLONNA  
Assistant United States Attorney  
REEM BLAIK  
Assistant United States Attorney

*Attorneys for Federal Defendant*

Dated this 21st day of May 2024.

**THE LAW OFFICE OF CASEY D. GISH**

 /s/ Casey D. Gish  
CASEY D. GISH  
Counsel for Plaintiff  
Nevada Bar No. 6657

*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: May 22, 2024