JASON FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

R. THOMAS COLONNA
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Email: Richard.Colonna@usdoj.gov

*Attorney for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Janice Mary Herbert, individually,<br><br>   Plaintiff,<br><br>  v.<br><br>United States of America,<br><br>   Defendant. | Case No. 2:20-cv-000917-JCM-MDC<br><br>**Stipulation and Order to Dismiss with Prejudice** |

  Plaintiff and Defendant, through their undersigned counsel, stipulate that this action may be dismissed with prejudice, each party to bear its own costs and attorney's fees.

Respectfully submitted this 3rd day of September 2024.

| | |
|---|---|
| THE LAW OFFICE OF CASEY GISH | JASON M. FRIERSON<br>United States Attorney |
| */s/Casey D. Gish*<br>Casey D. Gish, Esq.<br>Nevada Bar No. 6657<br>5940 S. Rainbow Blvd<br>Las Vegas, NV 89118<br>*Attorney for Plaintiff* | */s/R. Thomas Colonna*<br>R. THOMAS COLONNA<br>*Assistant United States Attorney* |

        IT IS SO ORDERED:

        _____
        **UNITED STATES DISTRICT JUDGE**

        DATED: September 4, 2024